UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RODNEY AND LORRAINE ROEBUCK                                              PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:09CV55 DPJ-JCS

PEGGY HOBSON-CALHOUN, PRESIDENT OF
THE HINDS COUNTY BOARD OF SUPERVISORS;
JOHN JORDAN, JR., CEO OF DIAMOND DETECTIVE
AGENCY; AND JOHN DOES 1-10                                               DEFENDANTS

JUDGMENT

For the reasons given in the order entered in this cause, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of January, 2009.

                                          s/ *Daniel P. Jordan III*
                                          UNITED STATES DISTRICT JUDGE